# Order

Michigan Supreme Court
Lansing, Michigan

December 20, 2007

Clifford W. Taylor,
Chief Justice

134150

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAUREL WOODS APARTMENTS,
      Plaintiff-Appellee,

v

NAJAH ROUMAYAH,
      Defendant-Appellant,

and

REBECCA ROUMAYAH,
      Defendant-Appellee.

SC: 134150
COA: 269506
Oakland CC: 05-069007-CZ

_____/

On order of the Court, the application for leave to appeal the March 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
Clerk

s1213